No. —, original. Ex parte JOHN BROWN. February 12, 1940. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. Ex parte CHARLES E. PHILLIPS; and
No. —, original. Ex parte CLARENCE M. BRUMMETT. February 26, 1940. Motions for leave to file petitions for writs of habeas corpus denied.

No. —, original. Ex parte WALLACE S. BRANSFORD. February 26, 1940. A rule is ordered to issue, returnable Monday, March 18, next, requiring the respondent to show cause why leave to file the petition for writ of mandamus should not be granted.

No. —, original. Ex parte IRA J. McCULLOUGH ET AL. February 26, 1940. A rule is ordered to issue, returnable Monday, March 18, next, requiring the respondent to show cause why leave to file the petition for writ of mandamus should not be granted.